United States District Court
Middle District of Louisiana

RECEIVED
NOV 21 2012
U.S. ...
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983

**FILED**
11/21/2012

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Christopher Williams

279098
Inmate (DOC) number

(Enter above the full name of each
plaintiff in this action.)

VERSUS

Louisiana Department of Public Safety And Corrections / Dixon Correction

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

<u>IF YOU ARE A PARISH PRISONER</u>, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

<u>IF YOU ARE A D.O.C. PRISONER</u>, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for <u>each</u> defendant no longer employed by the Department of Public Safety and Corrections.

<u>All copies of the complaint must be identical to the original.</u>

The names of <u>all parties</u> must be listed in the caption and in part III of the complaint exactly

the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I   Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _n/a_

   Defendant(s): _n/a_

2. Court (if federal court, name the district; if state court, name the parish): _n/a_

3. Docket number _n/a_

4. Name of judge to whom case was assigned _n/a_

III  Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Christopher Williams
   Address Unit 2 Dorm 1 P.O. Box 788 Jackson, LA 70748

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Department of Correction is employed as _____ at _____

C. Additional Defendants: _____

IV  Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not given any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was sentence to 17 years with credit for any and all time being served, And court ordered Dept. of Corrections to use Time Defendant sepent under House Arrest to calculate Credit for time served. I wrote D.C.I Records to ask about credit, they wrote back telling me to get the dates from the beganning. When I wrote back with the dates they were like nothing never happen. So now with this ARP they answer my dates are on the Master Person Records, but they are not following the dates. I wrote again and send with

3

my latter a copy of the Docket Master, as well as a copy of the letter from Sheriff office in Orleans to show where my time should start. With no answer, then the ARP that they denied.

V   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. Give All time that was order As Well As Pay for all court cost, Pay for pain And Suffering, As well as lost time and punitive damages.

VI   Plaintiff's Declaration

1) I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 10 day of November, 2012.

Christopher Williams
Christopher Williams
Signature of plaintiff(s)



Christopher Williams 279098
D.C.I Unit-2 Dorm-1
P.O. Box 788
Jackson, LA 70748

Legal Mail

Clerk of Court
Middle District of Louisiana
777 Florida Street Ste 139
Baton Rouge, LA 70801

SCREENED
OK
U.S. MARSHAL

UNITED STATES POSTAGE
$0.95
NOV 20 2012
MAILED FROM ZIP CODE 70748

